

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA, } Case Number: 13-50002-SNOW
Plaintiff }
} REPORT COMMENCING CRIMINAL
- vs. - } ACTION
Rodney JEAN } 02471-104
Defendant } USMS Number

*************************************************************************************

TO:   Clerk's Office   (KEY WEST)

NOTE: Circle the appropriate location for appearance in U.S. Magistrate's Court above.

*************************************************************************************

All items are to be completed. Information not applicable or are unknown will be indicated "N/A"

(1) Date and Time of Arrest: 01/14/2013         AM / PM  8:10
(2) Language Spoken: Creole, English
(3) Offense(s) Charged: 46 USC 70503 (Drug Smuggling in High Seas)

(4) U.S. Citizen:     [ ] YES     [X] NO     [ ] UNKNOWN
(5) Date of Birth: 1980
(6) Type of Charging Document:  (Check One)
    [ ] INDICTMENT        [X] COMPLAINT to be Filed / Already Filed
    Case Number:
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant
    Originating District: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER?     [ ] YES   [ ] NO
    Amount of Bond:  $
    Who Set Bond?:
(7) Remarks:
(8) Date:  1/14/2013
(9) Arresting Officer: SA Jesus Pertierra
(10) Agency: Homeland Security Investigations
(11) Telephone Number: 786-412-9355
(12) Comments:

---

Revised: 08/08/2004                                                         (GRO)